UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                                    :
                                                                                     :
In Re Warrants dated September 18, 2022        :
and September 20, 2022                                     :            1:22-mc-_____

                                                                                    ::              <u>ORDER</u>
------------------------------------------------------------------ X
GREGORY H. WOODS, United States District Judge:

        The Clerk of Court is directed to open a new miscellaneous matter with respect to the warrants described in the caption of this order and to wheel that matter out at random to a judge of the Southern District of New York sitting in Manhattan.

        The new miscellaneous matter relates to two matters (22-mj-7684 and 22-mj-7580) which are proceeding before the assigned magistrate judge under seal upon application by the Government. The Court understands that the disclosure of this information risks impairing law enforcement operations as well as harming the commercial interests of the parties whose assets have been frozen as result of the warrants at issue here.  Therefore, the Court directs that the new miscellaneous matter be opened under seal and that filings be made viewable by the Court and selected parties only.  This order sealing the matter is entered provisionally to permit the opening of the matter under seal.  It is subject to modification and review by the assigned district judge.

        SO ORDERED.

Dated: September 29, 2022
           New York, New York

                                                      _____
                                                            GREGORY H. WOODS
                                                            United States District Judge
                                                                     Part I