

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2022

**By Email and Filed ECF Under Seal**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
BroderickNYSDChambers@nysd.uscourts.gov

**Re: *In Re: Warrants dated September 18, 2022 and September 20, 2022*,
22 Misc. 275 (VSB) – Filed Under Seal**

Dear Judge Broderick:

The Government writes, on behalf of the parties, to jointly request that the transcript of the October 21, 2022 conference be ordered sealed pending further order of the Court. Based on communications with the Court Reporters, the Government understands the transcript is not presently sealed.

The Government is available to address any questions the Court may have.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Ryan B. Finkel / Juliana N. Murray / Micah Fergenson
Assistants United States Attorney
(212) 637-6612 / 2314 / 2190