UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :

In Re Warrants dated September 18, 2022  :     22-MC-00275 (VSB)
and September 20, 2022                             :
                                                 :           **ORDER**
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It is ORDERED that the conference on Movants' motion pursuant to Fed. R. Crim. P. 41(g) shall be sealed. The Court shall contact the parties to provide a new conference line.

SO ORDERED.

Dated: November 4, 2022
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge